DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DONATO ALLEN DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2348

_____

February 7, 2024

Appeal from the Circuit Court for Pinellas County; Chris Helinger, Judge.

Howard L. Dimmig, II, Public Defender and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Samuel R. Mandelbaum, Assistant Attorney General, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, (substituted as counsel of record), for Appellee.


PER CURIAM.

        Affirmed.

CASANUEVA, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.